**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ELLY KEILY,

Plaintiff,

v.

SHASTA COMMUNITY HEALTH CENTER,

Defendant.

No. 2:26-cv-2442-ICD

ORDER

Plaintiff, who is proceeding with counsel, brings this civil action. A review of the docket reflects that service of process was returned executed on August 7, 2026. ECF No. 5. Service was accomplished on July 30, 2026. *Id.* The time to respond to the complaint has passed, no response to the complaint has been filed, and Plaintiff has not further prosecuted this action.

Plaintiff shall show cause in writing within **30 days** of the date of this order why this action should not be dismissed without prejudice for lack of prosecution following failure of Defendant to respond to the complaint.

IT IS SO ORDERED.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE