**LAUREL EMPLOYMENT LAW**
Nate Kingery (State Bar No. 309920)
nate@laurelemploymentlaw.com
808 Wilshire Boulevard, Suite 200
Santa Monica, CA 90401
Telephone: (323) 551-9221
Facsimile: (310) 564-4093

Attorneys for Plaintiff, ELLY KEILY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLY KEILY, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHASTA COMMUNITY HEALTH CENTER, a California Nonprofit Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02442-ICD<br><br>*Assigned to Hon.* ***Ila C. Deiss***<br><br>**ORDER APPROVING CHANGE OF COUNSEL FOR PLAINTIFF**<br><br>Complaint Filed: July 10, 2026 |

The Court, having reviewed Plaintiff's Notice of Change of Counsel and Request for Order Approving Substitution of Counsel, and good cause appearing, orders as follows:

1. **Nate Kingery** is added as counsel of record for Plaintiff Elly Keily.

2. **Ashley Silva-Guzman** is relieved and removed as counsel of record for Plaintiff Elly Keily.

3. **Arash S. Khosrowshahi** is relieved and removed as counsel of record for Plaintiff Elly Keily.

4. The Clerk is directed to update the docket accordingly.

5. All future notices, pleadings, papers, and correspondence for Plaintiff shall be directed to:

**Nate Kingery, Esq.**
**Laurel Employment Law, APC**
808 Wilshire Boulevard, Suite 200
Santa Monica, California 90401
Telephone: (323) 551-9221
Facsimile: (310) 564-4093
Email: nate@laurelemploymentlaw.com
kylegallego@laurelemeploymentlaw.com

IT IS SO ORDERED.

Dated: November 18, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE